IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK SNYDER, | ) | |
| Plaintiff, | ) | 2:06cv1528 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge David Stewart Cercone/ |
| LAWRENCE P. DECKER; LAWRENCE | ) | Magistrate Judge Amy Reynolds Hay |
| A. HEIDENREICH; HEATHER ANNE | ) | |
| KELLY; CITY OF BALDWIN; COUNTY | ) | |
| OF ALLEGHENY, | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

AND NOW, this 21st day of February, 2008, after the plaintiff, Mark Snyder, filed an action in the above-captioned case, and after a motion to dismiss was submitted on behalf of defendants Lawrence P. Decker and the County of Allegheny, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 14, 2008, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the motion to dismiss submitted on behalf of defendants Lawrence P. Decker and the County of Allegheny [Document No. 24] is GRANTED as to Count II of the Complaint and DENIED as to Count I.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
David Stewart Cercone
United States District Judge


cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Mark Snyder
P.O. Box 2
Coulters, PA 15028

All Counsel of Record by electronic filing